**Allen Ray BISHOP, Appellant,**

v.

**Donnie THREET, Deputy; Bob Ross, Sheriff, Appellees.**

**No. 01–3927.**

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 27, 2002.

Decided March 4, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Allen Ray Bishop, a former inmate at the Crawford County Detention Center in Van Buren, Arkansas, appeals from the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action alleging deliberate indifference. Upon de novo review of the record, we conclude that summary judgment was proper. *See Larson v. City of Fergus Falls,* 229 F.3d 692, 696 (8th Cir.2000) (standard of review); *Keeper v. King,* 130 F.3d 1309, 1314 (8th Cir.1997) (to prove deliberate indifference, plaintiff had to show defendants knew of, yet disregarded, excessive risk to his health); *Sanders v. Sears, Roebuck & Co.,* 984 F.2d 972, 975 (8th Cir.1993) (respondeat-superior-based

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

claim "is not cognizable under § 1983"). Further, the district court did not commit a gross abuse of discretion affecting the fundamental fairness of the proceedings by refusing to compel discovery. *See Stuart v. Gen. Motors Corp.*, 217 F.3d 621, 630 (8th Cir.2000) (standard of review).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.